UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARK BROWNE, an individual,

Plaintiff,

v.

CORECIVIC, INC., a Maryland corporation,

Defendant.

CASE NO.: 5:26-CV-00576

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, CoreCivic, Inc. ("Defendant" or "CoreCivic"), hereby files this motion for an extension of time to respond to Plaintiff's Complaint and Demand for Jury Trial ("Complaint") [DE 1], and, in support thereof, submits as follows:

1. Plaintiff filed his Complaint on August 14, 2026. [*See* DE 1.] Defendant was served with copies of the Summons and Complaint on September 1, 2026.

2. Pursuant to Fed R. Civ. P. 12(a)(1)(A), Defendant's current deadline to answer, move, or otherwise respond to the Complaint is September 22, 2026. *See* Fed. R. Civ. P. 12(a). This deadline has not yet expired.

3. Counsel for the Defendant has only recently been retained and requires additional time to fully investigate the allegations set forth in Plaintiff's Complaint before filing a responsive pleading.

4. Defendant respectfully requests a two week extension of time, up to and including October 6, 2026, to respond to Plaintiff's Complaint. This is the first extension of time that Defendant has sought to respond to the Complaint.

5. Defendant makes this request in good faith and not for the purpose of delay. No party to this action will be prejudiced by the granting of this motion for additional time.

**MEMORANDUM OF AUTHORITIES**

When the federal rules require or allow an act to be done within a specified period, the Court for cause shown, may order that period enlarged. *See* Fed. R. Civ. P. 6(b). It has been stated that a rule of liberality ordinarily should apply in the granting of extensions of time when the period to act has not elapsed, the moving party is guilty of no bad faith or negligence, the privilege of extensions has not been abused, and there is no prejudice to the parties. 1 *Moore's Federal Practice, Section* 6.06[1] [a]. All of these factors are applicable here and support the requested extension of time to respond to the Amended Complaint in this matter.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant this motion and that Defendant be permitted until and including October 6, 2026, to respond to the Complaint in this action.

**LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for Defendant conferred regarding the requested extension with counsel for Plaintiff, who indicated that Plaintiff does not oppose the extension.

Dated this 15th day of September, 2026.

Respectfully submitted,

*/s/ Tracey K. Jaensch*
Tracey K. Jaensch, B.C.S.
Florida Bar No. 907057
tjaensch@fordharrison.com

401 E. Jackson Street, Suite 2500
Tampa, FL 33602
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 15, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send a copy via electronic mail to the following:

Benjamin H. Yormak
Yormak Employment and Disability Law
27200 Riverview Center Blvd., Suite 109
Bonita Springs, FL 34134
byormak@yormaklaw.com

*/s/ Tracey K. Jaensch*
Attorney